Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY"),

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    21 MC 102 (AKH)

ANDRZEJ KASINA,                                    Index No.: 07-CV-01636

                            Plaintiff(s),          **NOTICE OF ADOPTION OF ANSWER**
                                                   **TO MASTER COMPLAINT**

       -against-                                   **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *et al.*,

                            Defendant(s).
--------------------------------------------------------X

       PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY

MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER,

P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-

Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby

adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of

*In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY

MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-

captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
October 11, 2007

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to as "RY"),

By:_____
Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site
Litigation
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

All Defense Counsel