Thomas A. Egan, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
IN RE: WORLD TRADE CENTER DISASTER    : 21 MC 102 (AKH)
SITE LITIGATION                                                   :
                                                                   :
-------------------------------------------------------------------X
                                                                   :
ANDRZEJ KASINA,                                            : 07-CV-1636 (AKH)
                                                                   :
                              Plaintiff,                     : **NOTICE OF THE 120 BROADWAY**
                                                                   : **PARTIES' ADOPTION OF ANSWER**
- against -                                                  : **TO MASTER COMPLAINT**
                                                                   :
120 BROADWAY CONDOMINIUM (CONDO #871), :
*et al.*,                                                            :
                                                                   :
                              Defendants.                :
                                                                   :
-------------------------------------------------------------------X

    PLEASE TAKE NOTICE THAT Defendants The 120 Broadway Condominium (Condo #871), 120 Broadway Holdings, LLC (incorrectly sued herein as 120 Broadway Holding, LLC), 120 Broadway Properties, LLC, 120 Broadway, LLC, Board of Managers of The 120 Broadway Condominium (Condo #871), and Silverstein Properties, Inc. (collectively, "The 120 Broadway Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the 120 Broadway Parties' Answer to Master Complaint, dated August 1, 2007,

which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:  New York, New York
        December 21, 2007

                **FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
                Attorneys for Defendants The 120 Broadway Parties

                By: _/s/ Thomas A. Egan_____
                      Thomas A. Egan
                One Liberty Plaza
                New York, New York  10006-1404
                (212) 412-9500